FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 10  P 4: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | C. A. NO. 00-0425 |
| VERSUS | JUDGE: R |
| FALCO S&D, INC., TEXACO INC., GEONET GATHERING, INC., SCURLOCK PERMIAN L.L.C. | MAGISTRATE JUDGE: 2 |

### MOTION FOR LEAVE OF COURT TO FILE AMENDED NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel comes Defendant, Texaco Inc. ("Texaco"), who hereby moves this Court for an order allowing it to file its Amended Notice of Removal on the following grounds:

1.

On February 10, 2000, Defendant Texaco Inc. filed a Notice of Removal in the captioned matter.

2.

Texaco seeks to amend its Notice of Removal based upon additional grounds for removal in light of additional facts learned since its original filing.

FEB 17 2000
DATE OF ENTRY

400065_1

Fee
Process
X Dktd
✓ CtRmDep
Doc.No.

3.

No responsive pleadings have been filed as of this date.

WHEREFORE, Texaco prays for an order allowing the filing of its Amended Notice of Removal, attached hereto.

                         Respectfully Submitted:

                         /s/ Linda S. Akchin
                         _____
                         G. William Jarman (#7238)
                         Linda S. Akchin (#17904)
                         Charles S. McCowan, III (#19699)
                         KEAN, MILLER, HAWTHORNE,
                         D'ARMOND, McCOWAN & JARMAN, L.L.P.
                         22ND Floor One American Place
                         (Post Office Box 3513)
                         Baton Rouge, Louisiana 70825 (70821)
                         Telephone: (225) 387-0999

                         and

                         Richard S. Pabst
                         Legal Department
                         Texaco Inc.
                         1111 Bagby Street
                         Room 3910
                         Houston, Texas 77002
                         Telephone: (713) 752-7875
                         Counsel for Texaco Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | C. A. NO. 00-0425 |
| VERSUS | JUDGE: R |
| FALCO S&D, INC., TEXACO INC., GEONET GATHERING, INC., SCURLOCK PERMIAN L.L.C. | MAGISTRATE JUDGE: 2 |

### ORDER

Considering the motion of Texaco Inc.,

IT IS HEREBY ORDERED that Texaco's Amended Notice of Removal be filed.

New Orleans, Louisiana, this 15th day of February, 2000.

_____
UNITED STATES DISTRICT COURT

400065_1