FILED
U.S. DISTRICT COURT

2000 FEB 16 P 3:39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-425 |
| FALCO S & D INC., ET AL | SECTION: "R"(2) |

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has come to the Court's attention that the above captioned matter is related to Civil Action No. 00-310, *Terrebonne Parish School Board vs. Mobil Oil Corp.*, presently pending in Section "E"(5) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "E"(5) for further proceedings.

New Orleans, Louisiana, this 15th day of February, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

FEB 16 2000

TRANSFERRED TO   SECT E MAG 5

FEB 17 2000

DATE OF ENTRY

Fee_____
Process_____
X  Dktd_____
___CtRmDep_____
Doc.No. 4