UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD          CIVIL ACTION

versus                                   NO. 00-0310

MOBIL OIL CORPORATION                    SECTION: E/5

ORDER OF CONSOLIDATION

00-425

**IT IS ORDERED** that the following below listed civil actions are hereby **CONSOLIDATED** with the above captioned civil action:

Terrebonne Parish School Board vs Falco S & D, Inc., Et Al
Civil Action 00-0425 "E" (5)

Terrebonne Parish School Board vs Texaco, Inc.
Civil Action 00-0426 "E" (5)

Terrebonne Parish School Board vs Quintana Petroleum Corp., Et Al
Civil Action 00-0443 "E" (5)

Terrebonne Parish School Board vs Falco S & D, Inc., Et Al
Civil Action 00-0444 "E" (5)

Terrebonne Parish School Board vs Burlington Resources, Etc., Et Al
Civil Action 00-0461 "E" (5)

Terrebonne Parish School Board vs Kilroy Company of Texas, Inc.
Civil Action 00-0462 "E" (5)

Terrebonne Parish School Board vs Atlantic Richfield, Etc.
Civil Action 00-0468 "E" (5)

New Orleans, Louisiana, this _8_ day of March, 2000.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

Copy to Magistrate Chasez

DATE OF ENTRY MAR 09 2000

