UNITED STATES DISTRICT COURT
FILED

**March 9, 2000**

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte, Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### NOTICE OF CONSOLIDATION

TERREBONNE PARISH SCHOOL BOARD

CIVIL ACTION NO. 00-310

VERSUS

C/W 00-425, 00-426, 00-443, 00-444, 00-461, 00-462, 00-468

MOBIL OIL CORPORATION

SECTION: "E" (5)

An order has previously been entered consolidating the above numbered cases.

Pursuant to the court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

New Orleans, Louisiana 9 day of March, 2000

LORETTA G. WHYTE, CLERK

| | | |
|---|---|---|
| ___Fee | | |
| ___Process | | |
| X___Dktd | srw | |
| ___CtRmDep | | |
| ___Doc.No. | | |