

CALL DOCKET     UNITED STATES DISTRICT COURT     SECTION D
EASTERN DISTRICT OF LOUISIANA

    You are hereby notified that the following cases will be called by Judge A. J. McNamara on Wednesday, JULY 12, 2000 at 9:00 a.m. Counsel to enter a default against the defendant (s) who have not filed answers or show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

| | |
|---|---|
| 00-425 c/w 00-444 | TERREBONNE PARISH SCHOOL BOARD VS FALCO, ET AL<br>Attys: Michael St Martin, Andrew Gray, George Jarman, Wayne Zeringue<br>    Randolph Waits<br>(As to all defendants) |
| 00-776 | UNITED STATES VS ANITA JACKSON<br>Atty: Eneid Francis<br>(As to Anita Jackson) |
| 00-787 | UNITED STATES VS ROSEMARY JACKSON<br>Atty: Eneid Francis<br>(As to Rosemary Jackson) |
| 00-955 | PAUL BERRY VS MC CARRIERS INC, ET AL<br>Atty: Stephen Rue, Sharon Smith<br>(As to Stephen Harrod) |
| 00-980 | ITOCHU INTERNATIONAL VS MV SUNDERLAND, ET AL<br>Atty: Francis Barry<br>(As to all defendants) |

June 19, 2000

                                              Pam Radosta, Courtroom Deputy
                                              589-7683

DATE OF ENTRY
JUN 1 9 2000

