FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 10 AM 9: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | C. A. NO. 00-0425 |
| VERSUS | C/W NO. 00-0444 |
| FALCO S&D, INC. TEXACO INC., GEONET GATHERING INC., SCURLOCK PERMIAN, L.L.C. | JUDGE: McNAMARA<br>SECTION D |

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Texaco Inc. ("Texaco"), who wishes to enroll Pamela R. Mascari, Louisiana Bar Roll #25162, of the firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., as additional counsel of record.

WHEREFORE, Texaco Inc. respectfully prays that Pamela R. Mascari of the firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., be enrolled as additional counsel of record.

Respectfully Submitted:

*Linda S. Akchin* (signature)

G. William Jarman (#7238)
Linda S. Akchin (#17904)
Charles S. McCowan, III (#19699)
KEAN, MILLER, HAWTHORNE,
D'ARMOND, McCOWAN & JARMAN, L.L.P.
22ND Floor One American Place
(Post Office Box 3513)
Baton Rouge, Louisiana 70825 (70821)
Telephone: (225) 387-0999

DATE OF ENTRY
JUL 1 1 2000

437260_1

1

Fee____
Process__
X Dktd__
CtRmDep__
Doc.No.__

and

Richard S. Pabst
Legal Department
Texaco Inc.
1111 Bagby Street
Room 3910
Houston, Texas 77002
Telephone: (713) 752-7875

*Attorneys for Texaco Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been mailed or delivered, postage prepaid to the following:

| | |
|---|---|
| Michael X. St. Martin | Wayne G. Zeringue, Jr. |
| Joseph G. Jevic, III | Norman E. Anseman, III |
| P.O. Box 2017 | 201 St. Charles Avenue |
| Houma, Louisiana 70361 | New Orleans, LA 70170-5100 |
| | |
| A. J. Gray, III | Randolph Waits |
| Wade T. Visconte | Michael W. McMahon |
| P.O. Box 1467 | 1515 Poydras Street, Suite 1950 |
| Lake Charles, Louisiana 70602 | New Orleans, LA 70112 |

Baton Rouge, Louisiana this 10th day of July, 2000.

_____
Linda S. Akchin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | C. A. NO. 00-0425 |
| VERSUS | C/W NO. 00-0444 |
| FALCO S&D, INC. TEXACO INC., GEONET GATHERING INC., SCURLOCK PERMIAN, L.L.C. | JUDGE: McNAMARA |
| | SECTION D |

### ORDER

Considering the foregoing Motion:

IT IS ORDERED that Pamela R. Mascari, Louisiana Bar Roll #25162, be and is hereby enrolled as additional counsel of record in the above-captioned matter.

Thus ordered this 10 day of July, 2000, N. O., Louisiana.

_____
United States District Judge