

```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

             2000 JUL 10 AM 11:04

               LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | Civil Action |
| | * | No. 00-425 |
| | * | c/w 00-444 |
| VERSUS | * | Section "D" |
| | * | Magistrate (2) |
| FALCO S&D, INC., et al | * | |

**************************************************************

### MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Terrebonne Parish School Board, who moves to dismiss defendant, Falco S&D, Inc. from this action without prejudice for the following reasons:

1.

Service of process, although requested, has never been perfected on defendant Falco S&D, Inc.

2.

Falco S&D, Inc. has not made any appearance herein;

```
DATE OF ENTRY
  JUL 1 1 2000
```

```
___Fee_____
___Process__
X _Dktd_____
✓_CtRmDep___
___Doc.No.19
```

3.

This action is not governed by any statute of the United States that requires an order of the court for dismissal of the case;

4.

Plaintiff has not previously dismissed said defendant from an action based on or including the same claims as presented in this suit.

WHEREFORE, plaintiff, Terrebonne Parish School Board respectfully prays that its Motion to Dismiss Falco S&D, Inc. without prejudice be granted, reserving all rights and remedies as to the remaining defendants.

Respectfully submitted,

MICHAEL X. ST. MARTIN (#12365) (T.A.)
JOSEPH G. JEVIC, III (#23145)
**ST. MARTIN & WILLIAMS (APLC)**
P.O. Box 2017
Houma, Louisiana 70361-2017
Telephone (504) 876-3891
Facsimile (504) 851-2219

**A. J. GRAY, III (#6253)**
**WADE T. VISCONTE (#24734)**
**THE GRAY LAW FIRM (APLC)**
P.O. Box 1467
Lake Charles, LA 70602-1467
Telephone (318) 494-0694
Facsimile (318) 494-0697

**Attorneys for Terrebonne Parish School Board**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | Civil Action |
| | * | No. 00-425 |
| | * | c/w 00-444 |
| VERSUS | * | Section "D" |
| | * | Magistrate (2) |
| FALCO S&D, INC., et al | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

CONSIDERING the foregoing Motion for Partial Dismissal Without Prejudice filed by plaintiff, Terrebonne Parish School Board,

IT IS HEREBY ORDERED that defendant, Falco S&D, Inc. be hereby dismissed from the above captioned matter without prejudice.

_____
JUDGE