```
           UNITED STATES DISTRICT COURT
                    FILED
              July 12, 2000
           EASTERN DISTRICT OF LOUISIANA
                Loretta G. Whyte
                      Clerk
```

MINUTE ENTRY
MCNAMARA, J.
July 12, 2000

   The following cases were called this day to show cause why they should not be DISMISSED:
   After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:

00-425 c/w     TERREBONNE PARISH SCHOOL BOARD VS FALCO, ET AL
00-444         Attys: Michael St Martin, Andrew Gray, George Jarman,
               Wayne Zeringue
                  Randolph Waits
ORDERED: PLACED ON TRIAL DOCKET.

---

00-776     UNITED STATES VS ANITA JACKSON
           Atty: Eneid Francis
ORDERED: JUDGMENT ENTERED 6/21/00.

---

00-787     UNITED STATES VS ROSEMARY JACKSON
           Atty: Eneid Francis
ORDERED: JUDGMENT ENTERED 6/21/00.

---

00-955     PAUL BERRY VS MC CARRIERS INC, ET AL
           Atty: Stephen Rue, ~~Sharon Smith~~ Cindy Williams
ORDERED:   PASSED FOR 10 DAYS, STEPHEN HARROLD TO FILE ANSWER OR PLAINTIFF TO ENTER A DEFAULT.

---

00-980     ITOCHU INTERNATIONAL VS ~~MV SUNDERLAND~~, ET AL
           Atty: Francis Barry, Jason Schoenfeld
ORDERED:   PASSED FOR 30 DAYS.

---

DATE OF ENTRY
JUL 13 2000

