

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 19 PM 1:42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | Civil Action |
| | * | No. 00-425 |
| | * | c/w 00-444 |
| VERSUS | * | Section "D" |
| | * | Magistrate (2) |
| FALCO S&D, INC., et al | * | |

*****************************************************************

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Terrebonne Parish School Board, who moves to dismiss this action with prejudice for the following reasons:

1.

Plaintiff had previously agreed to settle its disputes with defendant, Texaco, and a joint motion to dismiss was filed by plaintiff and said defendant.

2.

Although the motion to dismiss purports to dismiss the entire matter, it was less than clear as to the parties intent;

DATE OF ENTRY
OCT 2 0 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.

3.

Plaintiff's intent in dismissing Texaco was to dismiss the entire action and plaintiff hereby files this Motion to Dismiss to effectuate that intent.

WHEREFORE, plaintiff, Terrebonne Parish School Board respectfully prays that its Motion to Dismiss these consolidated matters with prejudice be granted, each party to bear their own costs.

Respectfully submitted,

_____
**MICHAEL X. ST. MARTIN (#12365) (T.A.)**
**JOSEPH G. JEVIC, III (#23145)**
**ST. MARTIN & WILLIAMS (APLC)**
P.O. Box 2017
Houma, Louisiana 70361-2017
Telephone (504) 876-3891
Facsimile (504) 851-2219

**A. J. GRAY, III (#6253)**
**WADE T. VISCONTE (#24734)**
**THE GRAY LAW FIRM (APLC)**
P.O. Box 1467
Lake Charles, LA 70602-1467
Telephone (318) 494-0694
Facsimile (318) 494-0697

**Attorneys for Terrebonne Parish School Board**

# C E R T I F I C A T E   O F   S E R V I C E

I hereby certify that I have served a copy of the foregoing pleading on counsel for all parties by placing same in the U. S. Mail, postage prepaid and properly addressed this 18th day of October 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | Civil Action |
| | * | No. 00-425 |
| | * | c/w 00-444 |
| VERSUS | * | Section "D" |
| | * | Magistrate (2) |
| FALCO S&D, INC., et al | * | |

**********************************************************

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

CONSIDERING the foregoing Motion for Dismissal With Prejudice filed by plaintiff,

Terrebonne Parish School Board,

IT IS HEREBY ORDERED that these consolidated matters be and are hereby dismissed

from the above captioned matter with prejudice, each party to bear their own costs.

JUDGE